# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CODY SHOLMIRE

VERSUS

LOUISIANA INSURANCE GUARANTY
ASSOCIATION

NO.  2024 CW 0414

**JULY 1, 2024**

---

In Re:    Louisiana Insurance Guaranty Association, applying for
          supervisory writs, 21st Judicial District Court, Parish
          of Livingston, No. 178787.

---

**BEFORE:   THERIOT, PENZATO, AND LANIER, JJ.**

    **WRIT GRANTED.**  The district court's March 12, 2024 judgment
ordering the defendant, Louisiana Insurance Guaranty Association,
to deposit $156,906.68 into the registry of the court is vacated.
The district court erred in granting relief not requested by the
motion to enforce payment of appraisal award filed by plaintiff,
Cody Sholmire.  Moreover, no evidence was admitted at the hearing
on this motion. "Evidence not properly and officially offered and
introduced cannot be considered, even if it is physically placed
in the record. Documents attached to memoranda do not constitute
evidence and cannot be considered as such on appeal." **Denoux v.
Vessel Management Services, Inc.,** 2007-2143 (La. 5/21/08), 983
So.2d 84, 88.  See also La. Code Civ. P. art. 963(B) ("If the order
applied for by written motion is one to which the mover is not
clearly entitled, or which requires supporting proof, the motion
shall be served on and tried contradictorily with the adverse
party.")

                         MRT
                         AHP
                         WIL

COURT OF APPEAL, FIRST CIRCUIT


_____
    DEPUTY CLERK OF COURT
       FOR THE COURT